1 **WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178)
2 6167 Bristol Parkway, Suite 200
Culver City, California 90230
3 Telephone: (310) 997-0471
4 Facsimile: (866) 286-8433
nick@wajdalawgroup.com
5 *Attorney for Plaintiff*

6

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT E. BEARDEN, | Case No. 2:20-cv-00952-TLN-JDP |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| COLLECTO, INC. d/b/a EOS CCA, | |
| Defendant. | |

PLEASE TAKE NOTICE ROBERT E. BEARDEN ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 30th day of November, 2020.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda
**Wajda Law Group, APC**
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Phone: (310) 997-0471

Fax: (866) 286-8433
nick@wajdalawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda